**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ORLANDO GARCIA,** | Case No.: 21-CV-1357-YGR |
| Plaintiff, | **ORDER TO SHOW CAUSE RE STAY PENDING NINTH CIRCUIT APPEAL** |
| **vs.** | |
| **DCP SF COLUMBUS AVE OWNER LLC,** | |
| Defendant. | |

**TO THE PARTIES AND COUNSEL OF RECORD:**

Counsel for plaintiff is hereby **ORDERED TO SHOW CAUSE** why plaintiff's case should not be stayed pending the Ninth Circuit appeal in *Love v. Marriott Hotel Servs., Inc.*, 21-15458. Plaintiff shall file a response to this Order no later than **WEDNESDAY, SEPTEMBER 29, 2021.** Defendant shall file its reply by **WEDNESDAY, OCTOBER 13, 2021**. The parties shall limit briefing to three (3) pages double-spaced.

**IT IS SO ORDERED.**

Date: September 16,2021

YVONNE GONZALEZ ROGERS
**UNITED STATES DISTRICT COURT JUDGE**